# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| SHERI NUCKLES<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES EAST, L.P. (DELAWARE),<br><br>    Defendant. | **JURY TRIAL DEMANDED**<br><br>CIVIL ACTION<br>FILE NO. |

## DEFENDANT WALMART STORES EAST, LP (DELAWARE)'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1441 and 1446, Defendant Walmart Stores East, LP (Delaware), by and through its attorneys, submits this Notice of Removal to the United States District Court for the Southern District of Georgia, and states the following in support of this Notice of Removal:

1. On or about **April 20, 2022**, Shari Nuckles commenced a civil action in the State Court of Burke County, State of Georgia, Sheri Nuckles v. Wal-Mart Stores East, LP (Delaware), Civil Action Number: 2022S0042.

2. The Complaint in this action was served on Defendant on May 5, 2022, and Plaintiff's Answers to Wal-Mart Stores East, LP (Delaware)'s First Requests for

Admissions was filed on June 17, 2022. Upon receipt of Plaintiff's Answers to Wal-Mart Stores East, LP (Delaware)'s First Requests for Admissions, Defendant learned that the Plaintiff is seeking damages greater than or equal to $75,000.00.

4. A true and correct copy of the Complaint and all process, pleadings, and orders served upon Defendant in this action is attached as **Exhibit A.** A true and correct copy of Plaintiff's Answers to Wal-Mart Stores East, LP (Delaware)'s First Requests for Admissions is attached as **Exhibit B**.

5. The time for filing this Notice of Removal under 28 U.S.C. § 1446 has not yet expired.

6. Removal of this action is based upon 28 U.S.C. § 1441 in that this is a civil action brought in a state court of which the district courts have original jurisdiction under 28 U.S.C. § 1332.

7. There is complete diversity of citizenship between Plaintiff and Defendants in this action because: (a) Plaintiff is citizen of the State of Indiana; and (b) Defendant Wal-Mart Stores East, LP, (Delaware) is a Delaware limited liability company. Wal-Mart is a foreign corporation with its principal place of business in Arkansas and incorporated in Delaware.

Because Wal-Mart Stores East, LP (Delaware) is a limited liability company, it is considered "a citizen of any state of which a member of the company is a

citizen." Mallory & Evans Contrs. & Eng'rs, LLC v. Tuskegee Univ., 663 F.3d 1304, 1305 (11th Cir. 2011). See also, Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004) (citing Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998)) ("[W]e conclude that the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members."). As such, Wal-Mart Stores East, LP (Delaware) is considered a citizen of Delaware for purposes of diversity jurisdiction.

8. Based upon Paragraph 3-4 of Plaintiff's Answers to Wal-Mart Stores East, LP (Delaware)'s First Request for Admissions, which states that Plaintiff is seeking damages for alleged injuries and that the total amount in controversy is greater than or equal to $75,000.00, Defendant has a good faith belief that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

9. A true and correct copy of this Notice of Removal shall be filed with the Clerk of the State Court of Burke County, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant respectfully requests that the Court enter an Order removing Civil Action Number 2022S0042 of the State Court of Burke County, State of Georgia, to this Court for further proceedings and that this Court take jurisdiction herein and make such further orders as may be just and proper.

This 15th day of July, 2022.

                                        **BENDIN, SUMRALL & LADNER, LLC**

                                        /s/ Melanie S. Taylor
                                        MELANIE S. TAYLOR
                                        Georgia Bar No. 643325
                                        *Attorney for Defendant*

1360 Peachtree Street, N.E.
One Midtown Plaza, Suite 800
Atlanta, Georgia 30309
Telephone: (404) 671-3100
Facsimile: (404) 671-3080
mtaylor@bsllaw.net

- 4 -

- 5 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SHERI NUCKLES<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC., WALMART STORES EAST, L.P. (DELAWARE)<br><br>    Defendants | **JURY TRIAL DEMANDED**<br><br>CIVIL ACTION<br>FILE NO. |

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the foregoing **NOTICE OF REMOVAL** was typed in Times New Roman, fourteen (14) point font, with a top margin of 1.5 inches.

This 15th day of July, 2022.

                                          **BENDIN, SUMRALL & LADNER, LLC**

                                            /s/ Melanie S. Taylor
                                          MELANIE S. TAYLOR
                                          Georgia Bar No. 643325
                                          *Attorney for Defendants*

1360 Peachtree Street, N.E.
One Midtown Plaza, Suite 800
Atlanta, Georgia 30309

Telephone: (404) 671-3100
Facsimile: (404) 671-3080
mtaylor@bsllaw.net

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| SHERI NUCKLES  Plaintiff,  v.  WALMART STORES EAST, L.P. (DELAWARE),  Defendant. | **JURY TRIAL DEMANDED**  CIVIL ACTION FILE NO. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing **DEFENDANT WALMART STORES EAST, L.P. (DELAWARE)'S NOTICE OF REMOVAL** upon all parties to this matter by electronically filing a copy of same with the Clerk of Court using the NextGen filing system which will automatically send notice to the attorney(s) of record, properly addressed to the following attorneys of record:

David S. Eichholz, Esq.
The Eichholz Law Firm, P.C.
319 Eisenhower Drive
Savannah, GA 31406
David@thejusticelawyer.com

This 15th day of July, 2022.

                              **BENDIN, SUMRALL & LADNER, LLC**

                                /s/ Melanie S. Taylor
                              MELANIE S. TAYLOR
                              Georgia Bar No. 643325
                              *Attorney for Defendant*

1360 Peachtree Street, N.E.
One Midtown Plaza, Suite 800
Atlanta, Georgia 30309
Telephone:  (404) 671-3100
Facsimile:  (404) 671-3080
mtaylor@bsllaw.net